United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 04-30583
Conference Calendar

---

RONE DAVIS,

                                        Plaintiff-Appellant,

versus

BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT;
JOHN ASHCROFT; CHARLES JEAN; UNITED STATES EMBASSY
PORT AU PRINCE HAITI; CONSULATE OF HAITI,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:03-CV-01243-PM-APW
--------------------

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Rone Davis appeals the district court's dismissal of his
complaint alleging <u>Bivens</u>[**] claims relating to his pending
deportation to Haiti.  Davis's motion to supplement the record is
denied.  <u>See</u> <u>United States v. Flores</u>, 887 F.2d 543, 546 (5th Cir.
1986).

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

    [**] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of
Narcotics</u>, 403 U.S. 388 (1971).

Davis asks that we 1) interpret the naturalization provisions of the Bahamian and Haitian Constitutions, 2) award monetary damages against the Bahamas and Haiti, 3) order his release in connection with our review and interpretation of the Bahamian and Haitian Constitutions, and 4) enjoin the parties from issuing "fraudulent" Haitian travel documents.  We lack jurisdiction to grant such relief.  See 28 U.S.C. § 1604.  Accordingly, the district court's judgment is affirmed.

MOTION TO SUPPLEMENT DENIED; JUDGMENT AFFIRMED.